# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 25-7488

**Case Name** Alliance for the Wild Rockies v. U.S. Forest Service, et al.

Requesting Party Name(s) Alliance for the Wild Rockies

I am:
- ○ The party requesting the extension.
- ◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: May 11, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

My partner had major surgery in mid-February and a more difficult recovery than expected. I've had to take on most of our firm's work and manage competing deadlines in state and federal court, including major briefs and pleadings due every week from March 16 through April 17. Although I have prioritized this case, the crush of unexpected work has left me without enough time to properly prepare Appellant's opening brief by the current deadline. I negotiated the new deadline with Appellee's counsel to avoid conflicts on the deadline for the response brief.

**Signature** s/Claire Loebs Davis **Date** 3/27/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Appellant's opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*
2. The brief's current due date is: April 8, 2026
3. The brief's first due date was: March 9, 2026
4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Due to my partner's lengthy medical leave beginning in mid-February, I unexpectedly had to take on our full caseload, with multiple significant deadlines each week from March 16-April 17. Although I've prioritized this case, it has become clear I need more time to prepare the opening brief.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

   Counsel for respondents/appellees agreed not to oppose based on the proposed due date, which avoids conflicts on his end for the answering brief.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/Claire Loebs Davis **Date** 3/27/2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** 25-7488

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Motion to extend time to file Appellant's opening brief

**Signature** s/Claire Loebs Davis **Date** 3/27/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*